157 A.3d 484

**Antonio SIERRA, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Respondent**

**No. 184 WAL 2016**

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

**AND NOW,** this 13th day of September, 2016, the Petition for Allowance of Appeal and Pro se Notice to be Heard Before a Judge are **DENIED.**